DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARENA JERKINS,**
Appellant,

v.

**STEVEN VAZIRI,**
Appellee.

No. 4D2025-1051

[December 11, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven P. DeLuca, Judge; L.T. Case No. CONO-22-006506.

Ernest H. Kohlmyer, III of Zimmerman, Kiser & Sutcliffe, P.A., Orlando, for appellant.

John M. Jorgensen of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***